**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **DAVID WORRELLS** | : | **NO. 00-313-2** |

### ORDER

**NOW,** this 29th day of May, 2025, upon consideration of Defendant's Motion for Early Termination of Supervised Release Pursuant to 18 U.S.C. § 3583(e)(1) (Doc. No. 935) and the government's response, it is **ORDERED** that the motion is **DENIED** without prejudice.

    /s/ Timothy J. Savage
TIMOTHY J. SAVAGE, J.